IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FELIX O. GUILLORY,<br><br>        Plaintiff,<br><br>   v.<br><br>HSBC BANK, USA, et al.,<br><br>        Defendants. | Case No. 16-cv-03868-MMC<br><br>**ORDER CONTINUING HEARING ON PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION; SETTING DEADLINE FOR PLAINTIFF TO SERVE DEFENDANTS; SETTING BRIEFING SCHEDULE** |

      Before the Court is plaintiff's motion, filed July 11, 2016, seeking issuance of a preliminary injunction to restrain defendants from conducting a foreclosure sale of his property located at 4909 Stacy Street, Oakland, California.[1]  On July 21, 2016, the Court conducted a hearing on the motion, at which time plaintiff appeared pro se; neither defendant appeared.

      For the reasons stated at the hearing, the Court hereby sets the following deadlines and continues the hearing, as follows:

      1.  No later than Monday, August 1, 2016, plaintiff shall serve upon defendant HSBC Bank USA and defendant Wells Fargo the complaint and summons, as well as a copy of plaintiff's motion filed July 11, 2016, plaintiff's reply filed July 19, 2016, the Court's order filed July 12, 2016, and the instant order.

      2.  No later than Wednesday, August 3, 2016, plaintiff shall file with the Clerk of

---

[1] To the extent plaintiff's motion sought issuance of temporary restraining order to restrain a sale scheduled for July 13, 2016, the motion was granted by order filed July 12, 2016.  During the hearing conducted today's date, the Court was advised by a representative of the trustee that the sale is presently scheduled for August 26, 2016.

1  Court proof of such service.

2  3.  No later than Wednesday, August 3, 2016, plaintiff may file a supplement to his motion for a preliminary injunction, for the purpose of submitting additional materials in support thereof, such as a copy of the notice of default (see Compl. ¶ 17) and a copy of any documents NID Housing Counseling Agency submitted to Wells Fargo on plaintiff's behalf (see Compl. Ex. H).

4.  No later than Thursday, August 11, 2016, defendants shall file opposition or other response to plaintiff's motion for a preliminary injunction.

5.  No later than Tuesday, August 16, 2016, by 4:00 p.m., plaintiff shall file any reply.

6.  The hearing is continued to Friday, August 19, 2016, at 9:00 a.m., Courtroom 7.

**IT IS SO ORDERED.**

Dated:  July 21, 2016

MAXINE M. CHESNEY
United States District Judge