1  MARY KATE SULLIVAN (State Bar No. 180203)
   THOMAS N. ABBOTT (State Bar No. 245568)
2  tna@severson.com
   ELIZABETH HOLT ANDREWS (State Bar No. 263206)
3  eha@severson.com
   SEVERSON & WERSON
4  A Professional Corporation
   One Embarcadero Center, Suite 2600
5  San Francisco, California 94111
   Telephone: (415) 398-3344
6  Facsimile: (415) 956-0439

7  Attorneys for Defendants
   America's Servicing Company, a division of
8  Wells Fargo Home Mortgage; Wells Fargo Home
   Mortgage, a division of Wells Fargo Bank, N.A.
9  (sued collectively as "Wells Fargo Home
   Mortgage America's Servicing Company"); and
10 HSBC Bank USA, N.A., as Indenture Trustee for
   First NLC Trust 2005-3, Mortgage-Backed Notes,
11 2005-3

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| FELIX O. GUILLORY, an individual, | Case No. 3:16-CV-03868-MMC |
|---|---|
| Plaintiff, | **[~~PROPOSED~~] ORDER RE: DEFENDANTS' ADMINISTRATIVE MOTION TO CHANGE TIME PURSUANT TO CIVIL L.R. 6-3** |
| vs. | |
| HSBC BANK USA, NATIONAL ASSOCIATION AS INDENTURE TRUSTEE FOR FIRST NLC TRUST 2005-3; WELLS FARGO HOME MORTGAGE AMERICA'S SERVICING COMPANY, | PI Hearing Date: ~~August 19, 2016~~<br>Time: 9:00 AM<br>Courtroom: 7<br>Judge: Hon. Maxine M. Chesney |
| Defendants. | Action Filed: July 11, 2016<br>Trial Date: Not Set |

For the reasons stated in the motion to change time filed by defendants America's Servicing Company, a division of Wells Fargo Home Mortgage; Wells Fargo Home Mortgage, a division of Wells Fargo Bank, N.A. (sued collectively as "Wells Fargo Home Mortgage America's Servicing Company"); and HSBC Bank USA, N.A., as Indenture Trustee for First NLC Trust 2005-3, Mortgage-Backed Notes, 2005-3, and good cause appearing, IT IS HEREBY ORDERED as follows: *

1. Defendants shall cause the trustee's sale of the property located at 4909 Stacy Street, Oakland, California 94605 to be postponed to **October 26, 2016**, or later.

2. In the Court's Order of July 12, 2016, plaintiff Felix O. Guillory was instructed to "fil[e] with the Clerk of Court . . . a bond or other security, or cash, in the amount of $1000" as a condition of his temporary restraining order. As of the date of this order, the Court's docket reflects that this has ~~not yet~~ been done. ~~Plaintiff's deadline to submit the required bond, security, or cash to the Clerk of Court is continued to~~ **August 19, 2016**~~, as a condition of the 60-day postponement of the trustee's sale set forth in Paragraph 1.~~ (See Doc. No. 14.)

3. The preliminary injunction hearing currently scheduled for August 19, 2016, at 9:00 AM, and the parties' accompanying briefing schedule, is vacated.

4. The parties shall appear before the undersigned for a status conference on **October 7, 2016, at 10:30 AM in Courtroom 7, 19th Floor**, to determine the status of plaintiff's loan modification application and whether there will be a need for motion practice with respect to a preliminary injunction. A Status Conference Statement shall be filed by September 30, 2016.

5. Defendants' response deadline to Guillory's complaint shall be continued until **October 14, 2016**.

DATED: August 10, 2016

_____
The Honorable Maxine M. Chesney
SENIOR UNITED STATES DISTRICT JUDGE

*Defendants represent that, on April 3, 2016, they notified plaintiff of their intent to make the request and sought his concurrence or any objection thereto, and that, as of the date the motion was filed, no such response had been received.