Tesfaye W. Tsadik, Esq, CSB#108103
Law Offices of Tesfaye Tsadik
1736 Franklin Street, 10th Floor
Oakland, CA 94612
Telephone (510) 839-3922
Facsimile (510) 444-1704
Email: ttsadik@pacbell.net

Attorney for Plaintiff
FELIX OLIVER GUILLORY

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **FELIX OLIVER GUILLORY,** | Case No. 16-cv-03868   MMC |
| **Plaintiff,** | |
| vs. | **SUBSTITUTION OF ATTORNEY AND** ~~**PROPOSED**~~ **ORDER** |
| **HSBC BANK USA, NATIONAL ASSOCIATION AS INDENTURE TRUSTEE FOR FIRST NLC TRUST 2005-3; WELLS FARGO HOME MORTGAGE AMERICA'S SERVICING COMPANY** | |
| **Defendants.** | |

NOTICE is hereby given that, subject to approval by the court, Plaintiff Felix Oliver Guillory substitutes Tesfaye W. Tsadik, Esq., State Bar No. 108103, as counsel of record in plaintiff of Plaintiff Felix Oliver Guillory.

Contact Information for new Counsel is as follows:

```
Counsel Name:   Tesfaye W. Tsadik, Esq.
Address:        1736 Franklin Street, 10th Floor
                Oakland, CA 94612
Telephone:      (510) 839-3922
Facsimile:      (510) 444-1704
Email:          ttsadik@pacbell.net
```

*Substitution of Attorney and Proposed Order*           -1-

1

2     I, Tesfaye W. Tsadik, Esq, hereby consent to the above substitution.

3 Date: September 1 , 2016                 /s/*Tesfaye W. Tsadik*
                                                      Tesfaye W. Tsadik

4

5     I, Felix Oliver Guillory, hereby consent to being substituted.

6 Date:  September 1 , 2016               /s/*Felix Oliver Guillory*
                                                      Felix Oliver Guillory

7

8                                            **ORDER**

9     The substitution of attorney is hereby approved and so **ORDERED.**

10

11 Date: September 8, 2016

12                                            _____

13                                            Honorable Maxine M. Chesney
                                           UNITED STATES DISTRICT JUDGE

28 *Substitution of Attorney and Proposed Order*           -2-