MARK D. LONERGAN (State Bar No. 143622)
MARY KATE SULLIVAN (State Bar No. 180203)
LASZLO LADI (State Bar No. 265564)
ll@severson.com
SEVERSON & WERSON
A Professional Corporation
One Embarcadero Center, Suite 2600
San Francisco, California 94111
Telephone: (415) 398-3344
Facsimile: (415) 956-0439

Attorneys for Defendants
AMERICA'S SERVICING COMPANY, A DIVISION OF WELLS FARGO HOME MORTGAGE; WELLS FARGO HOME MORTGAGE, A DIVISION OF WELLS FARGO BANK, N.A. (sued collectively as "WELLS FARGO HOME MORTGAGE AMERICA'S SERVICING COMPANY"); and HSBC BANK USA, N.A., AS INDENTURE TRUSTEE FOR FIRST NLC TRUST 2005-3, MORTGAGE-BACKED NOTES, 2005-3

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO DIVISION

| | |
|---|---|
| FELIX O. GUILLORY, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>HSBC BANK USA, NATIONAL ASSOCIATION AS INDENTURE TRUSTEE FOR FIRST NLC TRUST 2005-3; WELLS FARGO HOME MORTGAGE AMERICA'S SERVICING COMPANY,<br><br>Defendants. | Case No. 3:16-CV-03868-MMC<br><br>**STIPULATED REQUEST FOR DISMISSAL OF COMPLAINT WITH CONDITIONS; [PROPOSED] ORDER**<br><br>The Hon. Maxine M. Chesney<br><br>Action Filed: July 11, 2016<br>Trial Date: Not Set |

TO THE COURT, CLERK OF COURT, AND ALL PARTIES:

IT IS HEREBY STIPULATED by and between plaintiff Felix O. Guillory ("Plaintiff") and defendants America's Servicing Company, a division of Wells Fargo Home Mortgage ("ASC"), Wells Fargo Home Mortgage, a division of Wells Fargo Bank, N.A. ("Wells Fargo") and HSBC Bank USA, N.A., as Indenture Trustee for First NLC Trust 2005-3, Mortgage-Backed Notes,

55000.1969/10903374.1                               1                               3:16-CV-03868-MMC
STIPULATED REQUEST FOR DISMISSAL OF COMPLAINT WITH CONDITIONS; [PROPOSED] ORDER

2005-3 ("HSBC") (collectively, "Defendants") that the complaint be dismissed *with* prejudice pursuant to Federal Rules of Civil Procedure section 41(a)(2), subject to the following conditions:

1. Plaintiff asserts a right to recover attorney's fees and costs pursuant to California Civil Code section 2924.12(i) and that Plaintiff is the prevailing party. Defendants deny that Plaintiff has the right to recover any attorney's fees and/or costs, and deny that Plaintiff is the prevailing party in this action.

2. However, Plaintiff and Defendants agree that the Court shall retain jurisdiction to rule on any motion for attorney's fees and/or application for costs. The motion for attorney's fees and/or application for costs must be filed within fourteen (14) calendar days of the Court's approval of this stipulation, as set forth in Local Rule 54. By entering into this stipulation to dismiss, Plaintiff does not concede that Defendants are the prevailing parties. By entering into this stipulation, Defendants do not concede that Plaintiff is entitled to recovery any attorney's fees, Defendants do not concede that Plaintiff is the prevailing party, and Defendants do not concede the reasonableness of Plaintiff's request for attorney's fees or costs. Defendants reserve all defenses to any request for attorney's fees and/or costs submitted by Plaintiff.

DATED: September 19, 2017                    Respectfully submitted,

LAW OFFICES OF TESFAYE TSADIK


By:   */s/ Tesfaye W. Tsadik*
      Tesfaye W. Tsadik

Attorneys for Plaintiff FELIX OLIVER GUILLORY

55000.1969/10903374.1                    2                    3:16-CV-03868-MMC
STIPULATED REQUEST FOR DISMISSAL OF COMPLAINT WITH CONDITIONS; [PROPOSED] ORDER

| | |
|---|---|
| DATED: September 19, 2017 | Respectfully submitted,<br><br>SEVERSON & WERSON<br>A Professional Corporation<br><br>By: _____*/s/ Laszlo Ladi*_____<br>        Laszlo Ladi<br><br>Attorneys for Defendants AMERICA'S SERVICING COMPANY, A DIVISION OF WELLS FARGO HOME MORTGAGE; WELLS FARGO HOME MORTGAGE, A DIVISION OF WELLS FARGO BANK, N.A. (sued collectively as "WELLS FARGO HOME MORTGAGE AMERICA'S SERVICING COMPANY"); and HSBC BANK USA, N.A., AS INDENTURE TRUSTEE FOR FIRST NLC TRUST 2005-3, MORTGAGE-BACKED NOTES, 2005-3 |

**ECF ATTESTATION**

I hereby attest that I have on file all holographic signatures corresponding to any signatures indicated by a conformed signature (/S/) within this e-filed document.  */s/ Laszlo Ladi*

**[~~PROPOSED~~] ORDER**

Pursuant to the stipulation of the parties, the complaint is dismissed *with* prejudice, subject to the conditions set forth in the parties' stipulation.

IT IS SO ORDERED.

DATED: September 19, 2017

_____
Hon. Maxine M. Chesney